[No. 62128-9-I.   Division One.   June 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER T. SHIRLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-1-10079-9, Michael Heavey, J., entered August 12, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Grosse and Leach, JJ.

[No. 62154-8-I.   Division One.   June 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD COWLES, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-1-09228-3, Joan E. DuBuque, J., entered October 22, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 62194-7-I.   Division One.   June 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACIE LYNN TARINELLI, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-02922-7, Anita L. Farris, J., entered July 17, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Leach, J., concurred in by Ellington and Appelwick, JJ.

[No. 62208-1-I.   Division One.   June 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT BRYANT, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-01122-6, Steven J. Mura, J., entered August 5, 2008. *Remanded* by unpublished per curiam opinion.